```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ALLRICH JEAN,                    :    CIVIL ACTION
                                 :    NO. 22-433
        Plaintiff,               :
                                 :
    v.                           :
                                 :
CITY OF PHILADELPHIA, et al.,    :
                                 :
        Defendants.              :
```

### FIRST SCHEDULING ORDER

**AND NOW,** this **3rd** day of **May, 2022,** following an initial pretrial conference with counsel for the parties, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), it is hereby **ORDERED** that:

1. All attorneys appearing before Judge Robreno must be registered on ECF. All official filings submitted to the Clerk of Court must be filed directly by the attorney on to ECF. All orders, opinions, and other docket entries generated from chambers will likewise be filed directly on to ECF. Notice of these chamber entries will be communicated to counsel either by ECF or ordinary mail.

2. Defendant the City of Philadelphia shall have until **May 16, 2022** to file an Answer to the Complaint.

3. All parties shall complete their initial disclosures by **May 6, 2022.**

    4. Any third-party complaints shall be filed by **June 1, 2022,** unless leave is granted thereafter.

    5. Any motions for leave to amend the pleadings shall be filed by **June 1, 2022.**[1]

    6. All fact discovery shall be completed by **October 31, 2022.**

    7. All expert discovery shall be completed by **December 30, 2022.**

    8. Any motions for summary judgment shall be filed by **January 6, 2023.** Responses to any motions for summary judgment shall be filed by **January 27, 2023.**

    9. In the event a motion for summary judgment is filed, pre-trial deadlines set forth in the following paragraphs are suspended until further order of the Court.

    10. Pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c); proposed voir dire questions, jury

---

[1] All requests for action by the Court shall be by motion, see Fed. R. Civ. P. 7(b), except for routine requests, which may be by letter to the Court with copies to all parties, indicating in such a letter whether the other parties consent to the request. Reply briefs shall not be filed for motions of any nature without prior leave of Court. A copy of the proposed reply brief limited to the issues raised in the response shall be attached whenever leave is requested.

instructions,[2] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in limine shall be filed by **February 17, 2023**. Responses to any motions shall be filed by **February 22, 2023**.

 11. The case shall be placed in the trial pool on **February 27, 2023,** or, if a motion for summary judgment is filed, 30 days from the disposition of the motion. Once placed in the trial pool, a case may be called to trial upon twenty-four hours' notice to counsel.

 12. A notice will issue from Magistrate Judge Lloret setting a date for a settlement conference after the close of fact discovery.

 13. Plaintiff's counsel shall advise the Court promptly of settlement of the case.

 **AND IT IS SO ORDERED.**

 *Eduardo C. Robreno*
 **EDUARDO C. ROBRENO, J.**

---

[2]  Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.