IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLRICH JEAN, as Administrator for The ESTATE OF ARMANI FAISON,**<br><br>**Plaintiff,**<br><br>v.<br><br>**City of Philadelphia, Warden Michele Farrell, Warden Nancy Gianetta, Prison Commissioner Blanche Carney, Carlos Barbour, and Steven Carter,**<br><br>**Defendants.** | :<br>:<br>:<br>:<br>: **Civil Action No. 22-cv-00433-ER**<br>:<br>:<br>:<br>:<br>: |

## Notice of Appearance

Please enter my appearance on behalf of Steven Carter.


Date: January 18, 2023        */s/Jeffrey M. Scott*
                              Jeffrey M. Scott
                              Kerri E. Chewning
                              Archer & Greiner, P.C.
                              1717 Arch Street
                              Philadelphia, Pennsylvania 19103
                              Phone:  215-279-9692
                              jscott@archerlaw.com
                              kchewning@archerlaw.com
                              Attorney for Steven Carter

## CERTIFICATE OF SERVICE

    The undersigned counsel for Defendants certifies that the foregoing Notice of Appearance was filed electronically with the Court using the Electronic Filing System, and is available for viewing and downloading.

| | |
|---|---|
| Date: January 18, 2023 | /s/Jeffrey M. Scott<br>Jeffrey M. Scott<br>Archer & Greiner, P.C.<br>Three Logan Square<br>Suite 3500<br>1717 Arch Street<br>Philadelphia, Pennsylvania  19103<br>Phone:  215-279-9692<br>Fax:     215-963-9999<br>jscott@archerlaw.com |

226507731v1