**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALLRICH JEAN, (as Administrator for The ESTATE OF ARMANI FAISON).,** | : | |
| | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| **v.** | : | **No. 22-cv-433** |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## <u>NOTICE OF ENTRY OF APPEARANCE</u>

**TO THE CLERK OF THE COURT:**

Kindly enter the appearance of Adam R. Zurbriggen as counsel for Defendants CITY OF PHILADELPHIA, PRISON COMMISSIONER BLANCHE CARNEY, WARDEN NANCY GIANETTA, AND WARDEN MICHELE FARRELL, in the above-entitled matter.


Date: January 19, 2023

/s/ Adam R. Zurbriggen
Adam R. Zurbriggen
Deputy City Solicitor
Pa. Attorney ID No. 331169
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5114 (Phone)
215-683-5397 (Fax)
adam.zurbriggen@phila.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **ALLRICH JEAN, (as Administrator for The ESTATE OF ARMANI FAISON).,** | : | |
| | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| **v.** | : | **No. 22-cv-433** |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date below, the foregoing Entry of Appearance was filed via the Court's electronic filing system and is available for downloading.

/s/ *Adam R. Zurbriggen*
Adam R. Zurbriggen
Deputy City Solicitor
Pa. Attorney ID No. 331169
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5114 (Phone)
215-683-5397 (Fax)
Date: January 19, 2023                adam.zurbriggen@phila.gov