IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLRICH JEAN, as Administrator for the ESTATE OF ARMANI FAISON<br><br>v.<br><br>THE CITY OF PHILADELPHIA, AND WARDEN MICHELE FARRELL, AND WARDEN NANCY GIANETTA, AND PRISON COMMISSIONER BLANCHE CARNEY, in her indiviudal capacity, AND CARLOS BARBOUR, AND STEVEN CARTER | :<br>:<br>:<br>:<br>:<br>:  NO. 2:22-cv-00433<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly enter my appearance as counsel on behalf of defendant, Carlos Barbour, in the above captioned matter.

**BENNETT, BRICKLIN & SALTZBURG LLC**

By: _____
NICHOLAS A. CUMMINS
Attorney I.D. No. 203238
Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA  19102
(215) 665-3328 / (215) 561-6661 – fax
cummins@bbs-law.com
Attorney for Defendant, Carlos Barbour