IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLRICH JEAN, as Administrator for the ESTATE OF ARMANI FAISON<br><br>v.<br><br>THE CITY OF PHILADELPHIA, AND WARDEN MICHELE FARRELL, AND WARDEN NANCY GIANETTA, AND PRISON COMMISSIONER BLANCHE CARNEY, in her indiviudal capacity, AND CARLOS BARBOUR, AND STEVEN CARTER | :<br>:<br>:<br>:<br>:<br>:  NO. 2:22-cv-00433<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

Kindly enter my appearance as counsel on behalf of defendant, Carlos Barbour, in the above captioned matter.

                                  **BENNETT, BRICKLIN & SALTZBURG LLC**

By:   */s/ Daniel B. Lengeman*
       DANIEL B. LENGEMAN
       Attorney I.D. No. 330749
       Centre Square, West Tower
       1500 Market Street, 32nd Floor
       Philadelphia, PA  19102
       (215) 665-3328 / (215) 561-6661 – fax
       daniel.lengeman@bbs-law.com
       Attorney for Defendant, Carlos Barbour