```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ALLRICH JEAN, | : | CIVIL ACTION |
| | : | NO. 22-433 |
|     Plaintiff | : | |
|   v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| | : | |
|     Defendants | : | |

### ORDER

**AND NOW**, this **14th** day of **February, 2023,** after considering Defendants' Motion to Dismiss (ECF No. 29) and any responses thereto, and after a telephone conference on the record, it is hereby **ORDERED** as follows:

1. Plaintiff shall provide a supplemental briefing on the issue of understaffed facilities by **February 21, 2023.**

2. Moving Defendants shall provide a response to Plaintiff's supplemental briefing on the issue of understaffed facilities by **February 28, 2023.**

3. A telephone status conference shall be held on **March 6, 2023 at 12:00 p.m.** Call-in information is as follows: **888-684-8852 / passcode: 4218221#.**

4. Defendants' Motion for Leave to File a Reply Brief (ECF No. 36) is GRANTED, and Defendants' Reply in

Support of their Partial Motion is deemed as **FILED** with the Court.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO, J.**