IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Jean** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILA et al** | : | NO.: 22-cv-0433 |

# O R D E R

**AND NOW**, this **31ˢᵗ** day of **AUGUST 2023**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable Eduardo C. Robreno to the calendar of the Honorable Nitza I. Quinones Alejandro for further proceedings.

FOR THE COURT:

JUAN R. SÁNCHEZ
**Chief Judge**

ATTEST:

 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**