# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEAN ALLRICH** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 22-0433** |
| v. | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 1st day of September 2023, consistent with the Memorandum Opinion and Order of the Honorable Eduardo C. Robreno issued in this matter on July 7, 2023, [ECF 54, 55], and in light of Plaintiff's failure to file a second amended complaint, it is hereby **ORDERED** that Counts I and II of the amended complaint are **DISMISSED**, with prejudice, as to Defendants City of Philadelphia, Warden Michele Farrell, Warden Nancy Gianetta, and Commissioner Blanche Carney.[1]  Accordingly, these defendants are dismissed from this action.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] This matter was originally assigned to Judge Robreno.  By Memorandum Opinion and Order dated July 7, 2023, Judge Robreno dismissed Counts I and II against the above-identified defendants, without prejudice.  [ECF 54, 55].  Plaintiff was given until July 26, 2023, to file a second amended complaint and advised that his failure to do so would result in the dismissal of all claims against these defendants, with prejudice.  [*Id.*].  Plaintiff has not filed a second amended complaint.  As such, Counts I and I are dismissed with prejudice as against the above-identified defendants.  This matter will continue against Defendants Steven Carter and Carlos Barbour only.